UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DR. CAROL NIZNIK,

                                    Plaintiff                      DECISION AND ORDER

-vs-

                                                                    04-CV-6577 CJS(F)

STORE TO DOOR, et al.,

                                  Defendants

_____

This is an action in which the plaintiff is seeking to prevent the defendant, a moving and storage company, from auctioning off certain property belonging to her in order to satisfy a lien for unpaid rental fees. Plaintiff, a research scientist, is proceeding under the "Patriots Act (Public Law 107-56- Oct. 26, 2001)" because she contends that the personal property at issue includes research materials that concern national security.

Now before the Court is an application by plaintiff, entitled, "Emergency Notice of Motion for Order for Federal Marshal to Accompany Plaintiff with Search Warrant to Store-To-Door, 50 Ajax Road, Rochester, N.Y. to Replace NW Systems DOD and Homeland Defense and Security Documents and Software Discs in Plaintiff's Store-To-Door Storage Containers Pending Appeal" [#15]. As the title suggests, plaintiff asks the Court to issue a search warrant and to direct the United States Marshal to accompany her to inspect her storage containers, which are in the possession of defendant Store-To-Door. The application is denied. Plaintiff cites no legal authority for the Court to grant the relief she seeks, nor is the Court aware of any.

Accordingly, it is hereby ORDERED that plaintiff's application [#15] is DENIED.

So Ordered.

Dated:     Rochester, New York
           May 16, 2005

                              ENTER:


                               /s/ Charles J. Siragusa
                              CHARLES J. SIRAGUSA
                              United States District Judge